UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD TIMBERLAND, | 1:16-cv-00922-LJO-GSA-PC |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS (ECF No. 18.) |
| vs. | |
| G. MASCARENAS, et al., | ORDER GRANTING PLAINTIFF LEAVE TO FILE A SECOND AMENDED COMPLAINT |
| Defendants. | THIRTY-DAY DEADLINE |

Ronald Timberland ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on June 27, 2016. (ECF No. 1.) On March 16, 2017, the court screened the Complaint pursuant to 28 U.S.C. § 1915A and dismissed the Complaint for failure to state a claim, with leave to amend. (ECF No. 11.) On April 17, 2017, Plaintiff filed the First Amended Complaint. (ECF No. 14.)

The court screened the First Amended Complaint and entered findings and recommendations on February 27, 2018, recommending that this case be dismissed for failure to state a claim. (ECF No. 18.) On April 9, 2018, Plaintiff filed objections to the findings and recommendations. (ECF No. 23.)

In his objections, Plaintiff argues that some of his claims in the First Amended Complaint are cognizable and should not be dismissed. Plaintiff also adds background

1

information and factual allegations in support of his due process claim that were not present in either of Plaintiff's prior complaints. Plaintiff states that when he filed the First Amended Complaint he did not understand the court's instruction on how to state a valid claim and as a result he did not mention several factual matters. In light of Plaintiff's objections, the court shall vacate its findings and recommendations and grant Plaintiff leave to file an amended complaint.

Under Rule 15(a) of the Federal Rules of Civil Procedure, "[t]he court should freely give leave to amend when justice so requires." Accordingly, the court will provide Plaintiff with time to file a Second Amended Complaint, curing the deficiencies discussed in the findings and recommendations. Lopez v. Smith, 203 F.3d 1122, 1126-30 (9th Cir. 2000). Plaintiff is granted leave to file a Second Amended Complaint within thirty days.

The amended complaint must allege constitutional violations under the law as discussed above. Specifically, Plaintiff must state what each named defendant did that led to the deprivation of his constitutional or other federal rights. Fed. R. Civ. P. 8(a); Iqbal, 556 U.S. at 678; Jones, 297 F.3d at 934. There is no *respondeat superior* liability, and each defendant is only liable for his or her own misconduct. Iqbal, 556 U.S. at 676. Plaintiff must also demonstrate that each defendant *personally* participated in the deprivation of his rights by their actions. Jones, 297 F.3d at 934 (emphasis added).

Plaintiff should note that although he has been given the opportunity to amend, it is not for the purpose of changing the nature of this suit or adding unrelated claims. George v. Smith, 507 F.3d 605, 607 (7th Cir. 2007) (no "buckshot" complaints).

Plaintiff is advised that an amended complaint supercedes the original complaint, Lacey v. Maricopa County, 693 F 3d. 896, 907 n.1 (9th Cir. 2012) (*en banc*), and it must be complete in itself without reference to the prior or superceded pleading, Local Rule 220. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged. The amended complaint should be clearly and boldly titled "Second Amended Complaint," refer to the appropriate case number, and be an original signed under penalty of perjury.

Based on the foregoing, it is **HEREBY ORDERED** that:

1. The court's findings and recommendations, entered on February 27, 2018, are VACATED;
2. The Clerk's Office shall send Plaintiff a civil rights complaint form;
3. Plaintiff is granted leave to file a Second Amended Complaint curing the deficiencies identified by the court in the findings and recommendations, within **thirty (30) days** from the date of service of this order;
4. Plaintiff shall caption the amended complaint "Second Amended Complaint" and refer to the case number 1:16-cv-00922-LJO-GSA-PC; and
5. If Plaintiff fails to file an amended complaint within 30 days, the court will dismiss this case for failure to state a claim.

IT IS SO ORDERED.

Dated: **May 22, 2018**      /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE