UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RONALD TIMBERLAND,

       Plaintiff,

  vs.

G. MASCARENAS, et al.,

       Defendants.

1:16-cv-00922-LJO-GSA-PC

**ORDER REQUIRING DEFENDANT MASCARENAS TO FILE RESPONSES TO PLAINTIFF'S MOTIONS TO COMPEL (ECF Nos. 43, 44.)**

**TWENTY-DAY DEADLINE**

     Ronald Timberland ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. This action now proceeds with Plaintiff's Second Amended Complaint filed on June 20, 2018, against defendant G. Mascarenas (Correctional Counselor I) for failure to protect Plaintiff in violation of the Eighth Amendment.[1] (ECF No. 26.)

     On August 14, 2019 and November 7, 2019, Plaintiff filed motions to compel discovery. (ECF Nos. 43, 44.) Defendant Mascarenas was required to file oppositions or statements of non-opposition to each of the motions within twenty-one days of the date of service of each motion but has not done so. Local Rule 230(*l*).

---

[1] On October 12, 2018, the court issued an order dismissing all other claims and defendants from this action, based on Plaintiff's failure to state a claim. (ECF No. 30.)

Accordingly, within **twenty (20) days** from the date of service of this order, defendant Mascarenas is required to file an opposition or statement of non-opposition to each of Plaintiff's motions to compel discovery.

IT IS SO ORDERED.

Dated:   **January 15, 2020**                    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE