UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD TIMBERLAND,<br><br>      Plaintiff,<br><br>   v.<br><br>G. MASCARENAS, et al.,<br><br>      Defendants. | 1:16-cv-00922-GSA (PC)<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Document# 70)<br><br>45-DAY DEADLINE |

   Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On July 14, 2020, Plaintiff filed a motion to extend time to file his opposition to the motion for summary judgment filed on January 6, 2020, by defendant Mascarenas.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

   Plaintiff is granted forty-five (45) days from the date of service of this order in which to file his opposition to defendant Mascarenas's motion for summary judgment.

IT IS SO ORDERED.

   Dated:   **July 16, 2020**                    **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE